In the Matter of the Claim of HENRY BOHM, Respondent, against L. R. S. & B. REALTY CO., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued December 3, 1942; decided January 14, 1943.

*Harry Wareham* for appellants.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.